IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARYL A. ROYSTER,
    Plaintiff,

vs.                            Case No: 3:07cv54/MCR/MD

CAPTAIN RANDY BROWN, et al.,
    Defendants.
_____

### ORDER

A hearing on Rule 11 Sanctions is being set by separate notice. Plaintiff is ordered to appear.

DONE AND ORDERED this 10th day of May, 2007.


/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE