IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARYL A. ROYSTER,

    Plaintiff,

vs.                            Case No: 3:07cv54/MCR/MD

CAPTAIN RANDY BROWN, et al.,

    Defendants.
_____/

**O R D E R**

    Plaintiff is being permitted to proceed *in forma pauperis* in this civil rights action in this district court. On June 11, 2007, Magistrate Judge Davis issued an order denying plaintiff's "Motion for Change Juridication [sic]." (Doc. 39). Plaintiff submitted a notice of appeal. (Doc. 43). He now seeks leave to proceed *in forma pauperis* on appeal. (Doc. 44).

    Pursuant to 28 U.S.C. § 1915 and Fed.R.App.P. 24(a), this court hereby certifies that this appeal is not taken in good faith and plaintiff is not entitled to proceed on appeal *in forma pauperis*. The order which plaintiff purports to appeal is not final and appealable.

    Accordingly, it is ORDERED:

    Plaintiff's motion for leave to proceed *in forma pauperis* on appeal (doc. 44) is DENIED, and he is directed to pay the full appellate filing fee of $455.00 within thirty days from the date of this order.

    DONE AND ORDERED this 27th day of June, 2007.

                                          s/ *M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**