IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARYL A. ROYSTER,
    Plaintiff,

vs.                       3:07cv54/MCR/MD

CAPTAIN RANDY BROWN, et al.,
    Defendants.
                                       /

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 13, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The plaintiff's claims are DISMISSED WITH PREJUDICE as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

3.    The plaintiff is ordered to pay a $15.00 penalty to the court pursuant to Federal Rule of Civil Procedure 11.

4.    The clerk is directed to close this file and not accept any further complaints from plaintiff until he has paid, in full, his judicial debt of $15.00.

DONE AND ORDERED this 14th day of August, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**